IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:19-CV-229-M-BQ |
| | § | |
| MARTHA CHASE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No parties filed objections, and the Magistrate Judge's recommendation is now ripe for review. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court hereby **ORDERS** U.S. Bank National Association (U.S. Bank) to seek entry of default and to file a motion for default judgment against Defendants Anita Herrick, Marie Fries, Diana Smith, David Wilson, and Darcy Ankerman within fifteen days of the entry of this Order.

The Court further **DENIES AS MOOT** U.S. Bank's original "Motion for Entry of Agreed Order" as to Ladonna Kay Yeager (ECF No. 26) and **GRANTS** U.S. Bank's "Motion[s] for Entry of Agreed Order[s]."[1]  ECF Nos. 24, 25, 29, 32. The Court will enter the proposed Agreed Orders

---

[1] The Court recognizes that U.S. Bank's "Amended Motion for Entry of Agreed Order as to Defendant Ladonna Kay Yeager" (ECF No. 32) resolves the issue noted by the United States Magistrate Judge in his Findings, Conclusions, and Recommendation. *See* ECF No. 31, at 5 n.2. The Court will therefore grant U.S. Bank's amended motion without the need for new findings, conclusions, and a recommendation from the United States Magistrate Judge.

granting Judgment to U.S. Bank after U.S. Bank has complied with the Court's requirement that it seek entry of default and file a motion for default judgment as to the above-named Defendants.

**SO ORDERED**, this 27th day of April, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE