IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | § |
| Plaintiff, | § § § |
| v. | §   CIVIL ACTION NO. 5:19-CV-229-M-BQ |
| MARTHA CHASE, *et al.*, | § § § |
| Defendants. | § |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is U.S. Bank National Association's "Plaintiff's Motion for Default Judgment as to Defendants Anita Herrick, Marie Fries, Diana Smith, David Wilson, and Darcy Ankerman." ECF No. 40. The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motion. ECF No. 48. No parties filed objections, and the Magistrate Judge's recommendation is now ripe for review. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court hereby **GRANTS** Plaintiff's Motion for Default as to Defendants Anita Herrick, Marie Fries, Diana Smith, David Wilson, and Darcy Ankerman. ECF No. 40. The Court hereby **DENIES** the request for attorney's fees due to a lack of evidence.

**SO ORDERED**, this 26th day of August, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1